## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBBIN STEWART,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>CORRECTIONS CORPORATION OF<br>　AMERICA (CCA), et al.,<br><br>　　　　　　Defendants. | No. 1:06-cv-923-SEB-JMS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

Date: 07/19/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robbin Stewart
Box 164
Cumberland, IN   46229

William A. Hahn
BARNES & THORNBURG LLP
william.hahn@btlaw.com

Michael Rosiello
BARNES & THORNBURG LLP
mike.rosiello@btlaw.com